AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:22-CV-00965-JHC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Amazon.com, Inc.**
was recieved by me on **7/18/2022**:

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*, a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **CORPORATION SERVICE COMPANY**, who is designated by law to accept service of process on behalf of **Amazon.com, Inc.07/18/2022**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 83.50** for services, for a total of **$ 83.50**.

I declare under penalty of perjury that this information is true.

Date:   07/18/2022

*Server's signature*

**Kevin Nakai**
*Printed name and title*

**207 Goldmyer Dr
Chehalis, WA 98532**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to CORPORATION SERVICE COMPANY with identity confirmed by physical description. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 45-55 years of age, 5'4"-5'6" tall and weighing 120-140 lbs with glasses.  Ellen Jones**



Tracking #: **0089861671**

