The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CHRISTOPHER BROWN, SCOTT GRAEBER, LAURA LOES, LETICIA SHAW, and DAVID ATWOOD, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., a Delaware corporation,

Defendant.

No. 22-cv-00965-JHC

STIPULATED MOTION AND ORDER EXTENDING TIME TO FILE ANSWER

NOTE ON MOTION CALENDAR: September 20, 2023

The parties, by and through their counsel, stipulate and agree as follows:

1. Plaintiffs filed this lawsuit on July 13, 2022, and served Amazon.com, Inc. with the Summons and Complaint on July 18, 2022.

2. Amazon moved to dismiss, and on September 7, 2023, this Court denied Amazon's Motion to Dismiss the Complaint.

3. Under Federal Rule of Civil Procedure 12(a)(4)(A), Amazon's deadline to answer the Complaint is September 21, 2023.

4. Amazon has asked Plaintiffs' counsel for additional time to file its Answer to the Complaint, and Plaintiffs' counsel have agreed. Plaintiffs and Amazon therefore stipulate and agree to extend Amazon's deadline to answer the Complaint until October 23, 2023.

5. This extension will not require changes to any other scheduled dates docketed in this case, as no case schedule has been set.

STIPULATED MOTION AND ORDER ON ANSWER DEADLINE (22-cv-00965-JHC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1   IT IS SO STIPULATED.

2   DATED this 20th day of September 2023.

3
          DAVIS WRIGHT TREMAINE LLP

4
          By: *s/ John A. Goldmark*
             Stephen M. Rummage, WSBA #11168
             John A. Goldmark, WSBA #40980
             MaryAnn Almeida, WSBA #49086
             920 Fifth Avenue, Suite 3300
             Seattle, WA  98104-1610
             Telephone: (206) 757-8136
             Fax: (206) 757-7136
             Email: steverummage@dwt.com
             Email: johngoldmark@dwt.com
             Email: maryannalmeida@dwt.com

          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

          By: *s/ Karen L. Dunn*
             Karen L. Dunn (pro hac vice)
             William A. Isaacson (pro hac vice)
             Amy J. Mauser (pro hac vice)
             Martha L. Goodman (pro hac vice)
             2001 K Street, NW
             Washington, D.C.
             Telephone: (202) 223-7300
             Fax: (202) 223-7420
             Email: kdunn@paulweiss.com
             Email: wisaacson@paulweiss.com
             Email: amauser@paulweiss.com
             E-mail: mgoodman@paulweiss.com

          *Attorneys for Amazon.com, Inc.*

          HAGENS BERMAN SOBOL SHAPIRO LLP

          By: *s/ Steve W. Berman*
             Steve W. Berman, WSBA #12536

          By: *s/ Barbara A. Mahoney*
             Barbara A. Mahoney, WSBA #31845
             1301 Second Avenue, Suite 2000
             Seattle, WA 98101
             Telephone: (206) 623-7292
             Facsimile: (206) 623-0594
             steve@hbsslaw.com
             barbaram@hbsslaw.com

STIPULATED MOTION AND ORDER ON ANSWER DEADLINE (22-cv-00965-JHC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

|   |   |
|---|---|
| 1 | KELLER POSTMAN LLC |
| 2 | Zina G. Bash (pro hac vice) |
|   | 111 Congress Avenue, Suite 500 |
| 3 | Austin, TX, 78701 |
|   | Telephone: (512) 690-0990 |
| 4 | zina.bash@kellerlenkner.com |

KELLER POSTMAN LLC

    Zina G. Bash (pro hac vice)
    111 Congress Avenue, Suite 500
    Austin, TX, 78701
    Telephone: (512) 690-0990
    zina.bash@kellerlenkner.com

    Warren D. Postman (pro hac vice)
    1100 Vermont Avenue, N.W., 12th Floor
    Washington DC, 20005
    Telephone: (202) 918-1123
    wdp@kellerlenkner.com

    Jessica B. Beringer (pro hac vice)
    150 N. Riverside Plaza, Suite 4100
    Chicago, IL 60606
    Telephone: (312) 280-5788
    jessica.beringer@kellerpostman.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: *s/ Alicia Cobb*
    Alicia Cobb, WSBA # 48685
    1109 First Avenue, Suite 210
    Seattle, WA 98101
    Telephone: (206) 905-7000
    aliciacobb@quinnemanuel.com

    Steig D. Olson (pro hac vice )
    David D. LeRay (pro hac vice )
    Nic V. Siebert (pro hac vice )
    51 Madison Avenue, 22nd Floor
    New York, NY 10010
    Telephone: (212) 849-7000
    steigolson@quinnemanuel.com

    Adam B. Wolfson (pro hac vice )
    865 South Figueroa Street, 10th Floor
    Los Angeles, CA 90017-2543
    Telephone: (213) 443-3000
    adamwolfson@quinnemanuel.com

*Attorneys for Plaintiffs*

STIPULATED MOTION AND ORDER ON
ANSWER DEADLINE (22-cv-00965-JHC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated this 20th day of September, 2023.

_____
Honorable John H. Chun
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER ON ANSWER DEADLINE (22-cv-00965-JHC) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax