1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

CHRISTOPHER BROWN, SCOTT
GRAEBER, LAURA LOES,
LETICIA SHAW, and DAVID
ATWOOD, on behalf of themselves
and all others similarly situated,

CASE NO. 2:22-cv-00965-JHC

ORDER

11
12
13

Plaintiffs,

v.

14
15

AMAZON.COM, INC,

Defendant.

16

Before the court is the parties' stipulated motion for protective order.  Dkt. # 47.

17

Local Rule LCR 26(c)(2) provides that "parties that wish to depart from [this district's]

18

model [protective] order must provide the court with a redlined version identifying

19

departures from the model."  Here, the parties have not provided a redlined version of

20

this district's model protective order, despite stating that a redlined copy was attached as

21

Exhibit 1.  Dkt. # 47 at 2.  No Exhibit 1 has been filed.  *See generally* Docket.

22

1    Accordingly, the court ORDERS the parties to file a redlined version of their stipulated

2    protective order that identifies any departures from the district's model protective order.

3    The parties shall file the redlined version of the stipulated protective order by no later

4    than Wednesday, October 18, 2023.  The Clerk is DIRECTED to renote the parties'

5    stipulated motion for protective order (Dkt. # 12) to October 18, 2023.

6          Dated this 12th day of October, 2023.

JOHN H. CHUN
United States District Judge