UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER BROWN, et al.,<br><br>Plaintiffs,<br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | CASE NO. C22-0965JHC<br><br>RULE 16(B) SCHEDULING ORDER REGARDING CLASS CERTIFICATION MOTION |

| | |
|---|---|
| Deadline to complete discovery on class certification (not to be construed as a bifurcation of discovery) | *August 17, 2024* |
| Deadline for Plaintiffs to file motion for class certification (noted on the reply deadline) | *September 16, 2024* |
| Opposition to class certification motion | *December 16, 2024* |
| Reply in further support of class certification motion | *March 27, 2025* |

ORDER - 1

1     This Order is issued at the outset of the case, and a copy is sent by the clerk to
2 counsel for plaintiff (or plaintiff, if pro se) and any defendants who have appeared.
3 Plaintiff's counsel (or plaintiff, if pro se) is directed to serve copies of this Order on all
4 parties who appear after this Order is filed.  Such service shall be accomplished within
5 ten (10) days after each appearance.

6     The Court will set further case schedule deadlines pursuant to Federal Rule of
7 Civil Procedure 16(b) after ruling on the motion for class certification.  Counsel for
8 Plaintiff(s) shall inform the Court immediately should Plaintiff(s) at any time decide not
9 to seek class certification.  The dates set in this scheduling order are firm dates that can
10 be changed only by order of the Court, not by agreement of the parties.  The Court will
11 alter these dates only upon good cause shown.  The failure to complete discovery within
12 the time allowed will not ordinarily constitute good cause. As required by LCR 37(a), all
13 discovery matters are to be resolved by agreement if possible. In addition, pursuant to
14 Federal Rule of Civil Procedure 16, the Court "direct[s] that before moving for an order
15 relating to discovery, the movant must request a conference with the Court" by notifying
16 Ashleigh Drecktrah, Courtroom Deputy, at Ashleigh_Drecktrah@wawd.uscourts.gov.
17 See Fed. R. Civ. P. 16(b)(3)(B)(v).

18     Dated this 6th day of December, 2023.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 2