UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br> v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>          Defendant. | Case No. 2:22-cv-00965-JHC<br><br>**STIPULATED MOTION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE** |

# STIPULATION

The parties, by and through their counsel, have agreed and stipulate as follows:

1. The parties agree that good cause justifies an extension of the Court's current class certification briefing schedule, including to allow sufficient time to coordinate depositions with other litigation, including the appropriate depositions before a class certification motion. The parties agreed to "coordinate depositions of Amazon witnesses and minimize duplicative discovery in this matter and the *People of California* actions, as well as overlapping discovery in other litigation, including the *Frame-Wilson* and *De Coster* litigations." Dkt. 50 at p.8. The parties seek an adjustment of the class certification briefing schedule to make coordinated depositions more feasible. They are, however, still working out the amount of time that will be needed to achieve coordination of the depositions that Plaintiffs believe are needed before filing their class certification motion.

2. In the interim, to provide certainty to the parties and avoid motion practice while they discuss the additional adjustment to the schedule, the parties agree to a minimum two-month extension of the current briefing deadlines.

3. The parties propose an interim modification of the schedule as follows:

|  | **Current Schedule (Dkt. 57)** | **Proposed Schedule** |
| --- | --- | --- |
| Deadline for Plaintiffs to file motion for class certification | September 16, 2024 | November 18, 2014 |
| Opposition to Motion to Certify Class | December 16, 2024 | February 18, 2025 |
| Reply in Support of Motion to Certify Class | March 27, 2025 | May 27, 2025 |
| Hearing on Motion to Certify Class | To be set by the Court after briefing completed | To be set by the Court after briefing completed |

4. Upon completion of the parties' discussions, they will proceed to make any further schedule proposals to the Court.

STIPULATED MOTION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE - 2

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel of record, and the parties ask the Court to order, that:

1. The deadline for Plaintiffs to file their class certification motion is extended to November 18, 2024.

2. The deadline for Amazon to respond to Plaintiffs' motion is February 18, 2025.

3. The deadline for Plaintiffs' reply brief is May 27, 2025.

IT IS SO STIPULATED.

DATED: January 25, 2024   HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ *Steve W. Berman*
   Steve W. Berman (WSBA No. 12536)
By /s/ *Barbara A. Mahoney*
   Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
          barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
68 3rd Street, Suite 249
Brooklyn, NY 11231
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: Jessica.Beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   | Daniel Backman (*pro hac vice*)                                 |
|     | 1101 Connecticut Avenue, N.W., Suite 1100                       |
| 2   | Washington, D.C., 20036                                         |
|     | Telephone: 202-918-1123                                         |
| 3   | E-mail: Daniel.Backman@kellerpostman.com                        |

Daniel Backman (*pro hac vice*)
1101 Connecticut Avenue, N.W., Suite 1100
Washington, D.C., 20036
Telephone: 202-918-1123
E-mail: Daniel.Backman@kellerpostman.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Alicia Cobb*
    Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Counsel for Plaintiffs and the proposed Class*


DAVIS WRIGHT TREMAINE LLP

By: /s/ *John A. Goldmark*
    John A. Goldmark, WSBA # 40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email:  JohnGoldmark@dwt.com
Email:  MaryAnnAlmeida@dwt.com

STIPULATED MOTION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE - 4

|   |   |
|---|---|
| 1 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 |   |
| 3 | Karen L. Dunn (*pro hac vice*) |
|   | William A. Isaacson (*pro hac vice*) |
| 4 | Amy J. Mauser (*pro hac vice*) |
|   | Martha L. Goodman (*pro hac vice*) |
| 5 | Kyle Smith (*pro hac vice*) |
|   | 2001 K Street, NW |
| 6 | Washington, D.C. 20006-1047 |
| 7 | Telephone: (202) 223-7300 |
|   | Email:  kdunn@paulweiss.com |
| 8 | Email:  wisaacson@paulweiss.com |
|   | Email:  amauser@paulweiss.com |
| 9 | Email:  mgoodman@paulweiss.com |
|   | Email:  ksmith@paulweiss.com |
| 10 |   |
| 11 | *Attorneys for Defendant Amazon.com, Inc.* |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: January 25, 2024

John H. Chun
UNITED STATES DISTRICT JUDGE