1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   ELIZABETH DE COSTER, *et al.*, on behalf of
    themselves and all other similarly situated,
10

11                                  Plaintiffs,

12          v.

13   AMAZON.COM, INC., a Delaware corporation,

14                                  Defendant.

No. 2:21-cv-00693-JHC

**STIPULATED MOTION AND
ORDER REGARDING SEALING
OF CLASS CERTIFICATION
BRIEFING**

**NOTE ON MOTION CALENDAR:
July 31, 2024**

15   DEBORAH FRAME-WILSON, *et al.*, on behalf
     of themselves and all other similarly situated,
16

17                                  Plaintiffs,

18          v.

19   AMAZON.COM, INC., a Delaware corporation,

20                                  Defendant.

No. 2:20-cv-00424-JHC

21   CHRISTOPHER BROWN, *et al.*, on behalf of
     themselves and all others similarly situated,
22

23                                  Plaintiffs,

24          v.

25   AMAZON.COM, INC., a Delaware corporation,

26                                  Defendant.

27

No. 2:22-cv-00965-JHC

The Parties have met and conferred with respect to the upcoming briefing on class certification, and anticipate that their briefs, declarations, exhibits, and expert reports will quote from and/or describe in detail a significant amount of information that has been designated as Confidential or Highly Confidential-Attorneys' Eyes Only by either a Party or Non-Party. Accordingly, in order to ensure that such materials are treated appropriately under the applicable protective order, and to reduce burdens on the Court, the Parties, and Non-Parties, pursuant to LCR 7(d)(1) and 10(g), the Parties and their respective counsel hereby stipulate and agree to the following procedure for filing and sealing in connection with the class certification briefing, subject to the Court's approval.

1.    Pursuant to LCR 5(g)(2), each Party will provisionally file under seal its class certification briefs (including any opening, response, and reply briefs), expert declarations or reports, exhibits, and all other evidence and declarations on which that Party relies (collectively, "Class Certification Papers") which contain material designated Confidential or Highly Confidential-Attorneys' Eyes Only by any Party or Non-Party.

2.    Within four weeks of the filing of Plaintiffs' reply brief, pursuant to LCR 5(g), the Parties, and any necessary Non-Parties, will meet and confer and, as appropriate, file (1) public versions of their Class Certification Papers, with necessary redactions, and (2) corresponding motion(s) to seal pursuant to LCR 5(g)(3). The schedule for filing any such public versions of the Parties' Class Certification Papers and corresponding motion(s) to seal shall be as follows:

|  | *DE COSTER* | *FRAME-WILSON* | *BROWN* |
|---|---|---|---|
| Reply in Support of Motion to Certify Class[1] | January 24, 2025 | May 23, 2025 | September 16, 2025 |
| Filing of public versions of Class Certification Papers and corresponding Motions to Seal | February 21, 2025 | June 20, 2025 | October 14, 2025 |

[1] *See De Coster et al. v. Amazon.com, Inc.*, No. 2:21-cv-00693-JHC, ECF No. 160.

STIP. MOT. & ORDER
RE SEALING OF CLASS CERT. BRIEFING
(NO. 2:21-CV-00693-JHC; NO. 2:20-CV-00424-JHC; NO. 2:22-CV-00965-JHC) - 2

1    3.    The Party or Non-Party seeking to maintain material under seal (or under

2 redaction) shall be the movant for purposes of any such motion(s) to seal associated with the

3 Parties' class certification briefing.

4    IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

5    DATED July 31, 2024.    Respectfully submitted,

6    HAGENS BERMAN SOBOL SHAPIRO LLP

7    By: /s/ Steve W. Berman
8        Steve W. Berman (WSBA No. 12536)
      By: /s/ Barbara A. Mahoney
9        Barbara A. Mahoney (WSBA No. 31845)
10    1301 Second Avenue, Suite 2000
      Seattle, WA 98101
11    Telephone: (206) 623-7292
      Facsimile: (206) 623-0594
12    E-mail: steve@hbsslaw.com
           barbaram@hbsslaw.com
13
14    Anne F. Johnson (*pro hac vice*)
      594 Dean Street, Suite 24
15    Brooklyn, NY 11238
      Telephone: (718) 916-3520
16    E-mail: annej@hbsslaw.com

17    KELLER POSTMAN LLC

18    Zina G. Bash (*pro hac vice*)
19    111 Congress Avenue, Suite 500
      Austin, TX, 78701
20    Telephone: (512) 690-0990
      E-mail: zina.bash@kellerpostman.com
21
22    Jessica Beringer (*pro hac vice*)
      Shane Kelly (*pro hac vice*)
23    150 North Riverside Plaza, Suite 4100
      Chicago, Illinois 60606
24    Telephone: (312) 741-5220
      E-mail: Jessica.Beringer@kellerpostman.com
25    E-mail: shane.kelly@kellerpostman.com

26    *Interim Co-Lead Counsel for Plaintiffs and the*
27    *proposed Class*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DAVIS WRIGHT TREMAINE LLP


By: /s/ *John A. Goldmark*
     John A. Goldmark, WSBA #40980
By: /s/ *MaryAnn Almeida*
     MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email:  JohnGoldmark@dwt.com
Email:  MaryAnnAlmeida@dwt.com

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Kyle Smith (*pro hac vice*)
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Email:  kdunn@paulweiss.com
Email:  wisaacson@paulweiss.com
Email:  amauser@paulweiss.com
Email:  mgoodman@paulweiss.com
Email:  ksmith@paulweiss.com

*Attorneys for Defendant Amazon.com, Inc.*

IT IS SO ORDERED.

Dated: July 31, 2024

John H. Chun
United States District Judge