1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all other similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>　　　　　　　　Defendant. | No. 2:21-cv-00693-JHC<br><br>**STIPULATED MOTION AND ORDER REGARDING SEALING OF MOTION TO COMPEL BRIEFING**<br><br>**NOTE ON MOTION CALENDAR:**<br>August 19, 2024 |
| DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all other similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>　　　　　　　　Defendant. | No. 2:20-cv-00424-JHC |
| CHRISTOPHER BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>　　　　　　　　Defendant. | No. 2:22-cv-00965-JHC |

Stip. Mot. & Order Re Sealing of Mtn. to Compel Briefing
No. 2:21-cv-00693-JHC; No. 2:20-cv-00424-JHC; No. 2:22-cv-00965-JHC)

The Parties have met and conferred with respect to the upcoming briefing on Plaintiffs' Motion to Compel, and anticipate that their briefs, declarations, and exhibits will quote from and/or describe in detail a significant amount of information that has been designated as Confidential or Highly Confidential-Attorneys' Eyes Only by Amazon. Accordingly, in order to ensure that such materials are treated appropriately under the applicable protective order, and to reduce burdens on the Court, the Parties, pursuant to LCR 7(d)(1) and 10(g), and their respective counsel, hereby stipulate and agree to the following procedure for filing and sealing in connection with the motion to compel briefing, subject to the Court's approval.

1. Pursuant to LCR 5(g)(2), each Party will provisionally file under seal its briefs (including any opening, response, and reply briefs), declarations, exhibits, and all other evidence and declarations on which that Party relies (collectively, "Motion to Compel Papers") which contain material designated Confidential or Highly Confidential-Attorneys' Eyes Only by Amazon.

2. Within two weeks of the filing of Plaintiffs' reply brief, pursuant to LCR 5(g), the Parties will meet and confer and, as appropriate, file (1) public versions of their Motion to Compel Papers, with necessary redactions, and (2) corresponding motion(s) to seal pursuant to LCR 5(g)(3). The Party seeking to maintain material under seal (or under redaction) shall be the movant for purposes of any such motion(s) to seal associated with the Parties' Motion to Compel Papers.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED August 19, 2024.

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Steve W. Berman*
    Steve W. Berman (WSBA No. 12536)
By: /s/ *Barbara A. Mahoney*
    Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
      barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
Email: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (512) 690-0990
Email: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, IL 60606
Telephone: (312) 741-5220
Email: Jessica.Beringer@kellerpostman.com
Email: shane.kelly@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs
and the proposed Class*

|   |   |
|---|---|
| 1 | DAVIS WRIGHT TREMAINE LLP |
| 2 | By: /s/ *John A. Goldmark* |
| 3 | John A. Goldmark, WSBA #40980 |
|   | By: */s/ MaryAnn Almeida* |

DAVIS WRIGHT TREMAINE LLP

By: /s/ *John A. Goldmark*
    John A. Goldmark, WSBA #40980
By: */s/ MaryAnn Almeida*
    MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email:  JohnGoldmark@dwt.com
Email:  MaryAnnAlmeida@dwt.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Kyle Smith (*pro hac vice*)
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Email:  kdunn@paulweiss.com
Email:  wisaacson@paulweiss.com
Email:  amauser@paulweiss.com
Email:  mgoodman@paulweiss.com
Email:  ksmith@paulweiss.com

*Attorneys for Defendant Amazon.com, Inc.*

IT IS SO ORDERED.

August 19, 2024

Dated

John H. Chun
United States District Judge