UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER BROWN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:22-cv-00965-JHC<br><br>STIPULATED MOTION AND ORDER TO FILE FIRST AMENDED COMPLAINT AND EXTEND AMAZON'S DEADLINE TO RESPOND |

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 15, the parties and their respective counsel stipulate as follows:

1. Rule 15(a)(2) of the Federal Rules of Civil Procedure permits Plaintiffs to amend their complaint with the consent of the Defendant. The parties have met and conferred, and Defendant has consented to Plaintiffs filing their First Amended Complaint ("FAC").

2. The FAC is timely, as the Court has not set a deadline for amending pleadings.

3. Pursuant to Local Rule 15, a clean copy of the FAC is attached hereto as Exhibit A and a redline copy of the FAC is attached hereto as Exhibit B.

4. The Parties stipulate and agree that Defendant shall have up to 90 days to answer or 30 days to move or otherwise respond to Plaintiffs' FAC.

STIPULATED MOTION AND ORDER TO AMEND COMPLAINT
AND EXTEND DEADLINE TO RESPOND - 1
Case No. 2:22-cv-00965-JHC

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their undersigned counsel of record, and the Parties ask the Court to order that:

Plaintiffs file their FAC, substantially in the form of Exhibit A, no later than ten (10) days from the date the order is entered. Amazon shall file its answer within ninety days of Plaintiffs filing their FAC. To the extent Amazon moves to dismiss the FAC: (i) Amazon shall move to dismiss within thirty days of Plaintiffs filing their FAC; (ii) Plaintiffs will have twenty-one days to file their response to Amazon's motion to dismiss; and (iii) Amazon will have eleven days to file its reply in support of its motion to dismiss.

DATED: September 26, 2024    Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
   Steve W. Berman (WSBA No. 12536)
By: */s/ Barbara A. Mahoney*
   Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
       barbaram@hbsslaw.com

Anne F. Johnson (pro hac vice)
594 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail:annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (pro hac vice)
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

|    |                                                                                 |
|----|---------------------------------------------------------------------------------|
| 1  |                                                                                 |
| 2  | Jessica Beringer (pro hac vice)                                                 |
|    | Shane Kelly (pro hac vice)                                                      |
| 3  | 150 N. Riverside Plaza, Suite 4100                                              |
|    | Chicago, IL 60606                                                               |
| 4  | Telephone: (312) 741-5220                                                       |
|    | E-mail: jessica.beringer@kellerpostman.com                                      |
| 5  |         shane.kelly@kellerpostman.com                                           |
| 6  |                                                                                 |
|    | Roseann Romano (pro hac vice)                                                   |
| 7  | 1101 Connecticut Avenue, N.W., Suite 1100                                       |
|    | Washington, DC 20036                                                            |
| 8  | Telephone: (202) 983-5484                                                       |
|    | E-mail: roseann.romano@kellerpostman.com                                        |
| 9  |                                                                                 |
| 10 | QUINN EMANUEL URQUHART &                                                        |
|    | SULLIVAN, LLP                                                                   |
| 11 |                                                                                 |
|    | By: /s/ Alicia Cobb                                                             |
| 12 |     Alicia Cobb, WSBA # 48685                                                   |
|    | 1109 First Avenue, Suite 210                                                    |
| 13 | Seattle, WA 98101                                                               |
|    | Telephone: (206) 905-7000                                                       |
| 14 | E-mail: aliciacobb@quinnemanuel.com                                             |
| 15 |                                                                                 |
|    | Steig Olson (pro hac vice)                                                      |
| 16 | Maxwell P. Deabler-Meadows (pro hac vice)                                       |
|    | Nicolas Siebert (pro hac vice)                                                  |
| 17 | David Du LeRay (pro hac vice)                                                   |
|    | Aaron Lawrence (pro hac vice)                                                   |
| 18 | 51 Madison Avenue, 22nd Floor                                                   |
|    | New York, NY 10010                                                              |
| 19 | Telephone: (212) 849-7000                                                       |
| 20 | E-mail: steigolson@quinnemanuel.com                                             |
|    |         davidleray@quinnemanuel.com                                             |
| 21 |         nicolassiebert@quinnemanuel.com                                         |
|    |         maxmeadows@quinnemanuel.com                                             |
| 22 |         aaronlawrence@quinnemanuel.com                                          |
| 23 |                                                                                 |
|    | Adam B. Wolfson (pro hac vice)                                                  |
| 24 | 865 South Figueroa Street, 10th Floor                                           |
|    | Los Angeles, CA 90017-2543                                                      |
| 25 | Telephone: (213) 443-3000                                                       |
|    | E-mail: adamwolfson@quinnemanuel.com                                            |
| 26 |                                                                                 |
| 27 | *Attorneys for Plaintiffs*                                                      |
| 28 | STIPULATED MOTION AND ORDER TO AMEND COMPLAINT                                  |
|    | AND EXTEND DEADLINE TO RESPOND - 3                                              |
|    | Case No. 2:22-cv-00965-JHC                                                      |

DAVIS WRIGHT TREMAINE LLP

By: */s/ John A. Goldmark*
John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email:  JohnGoldmark@dwt.com
Email:  MaryAnnAlmeida@dwt.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Kyle Smith (*pro hac vice*)
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Email:  kdunn@paulweiss.com
Email:  wisaacson@paulweiss.com
Email:  amauser@paulweiss.com
Email:  mgoodman@paulweiss.com
Email:  ksmith@paulweiss.com

*Attorneys for Defendant Amazon.com, Inc.*

**ORDER**

The Court **GRANTS** the Parties' stipulated motion. Within ten (10) days of this order, Plaintiffs may file their First Amended Complaint (substantively in the form of Exhibit A at Dkt. # 98-1). Amazon shall file its answer to Plaintiffs' First Amended Complaint within ninety days. In the alternative, if Amazon moves to dismiss the First Amended Complaint: (i) Amazon shall move to dismiss within thirty days of Plaintiffs filing their First Amended Complaint; (ii) Plaintiffs will have twenty-one days to file their response to Amazon's motion to dismiss; and (iii) Amazon will have eleven days to file its reply in support of its motion to dismiss.

Dated: September 26, 2024.

John H. Chun
United States District Judge