UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER *et al.*, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>                Defendant. | Case No. 2:21-cv-00693-JHC<br><br>ORDER GRANTING AMAZON.COM, INC.'S MOTION TO SEAL |
| DEBORAH FRAME-WILSON *et al.*, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>                Defendant. | Case No. 2:20-cv-00424-JHC |
| CHRISTOPHER BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>                Defendant. | Case No. 2:22-cv-00965-JHC |

This matter came before the Court on Amazon's Unopposed Motion to Seal Portions of Briefing and Associated Papers Filed with Plaintiffs' Motion to Compel Production of Documents. Case No. 21-693, Dkt. # 223; Case No. 20-424, Dkt. # 210; Case No. 22-965, Dkt. # 112.  The Court, having considered the Unopposed Motion and all other papers submitted, and for compelling reasons shown, GRANTS the Motion and, in accordance with the chart in Exhibit A to the Mauser Declaration, ORDERS the provisional seal be removed from 30 documents so identified, that the provisional seal be converted to a permanent seal for 6 documents so identified, and that the redacted versions of 27 documents in Exhibit B to the Mauser Declaration be filed in the public record.

DATED this 25th day of October, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE