UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 2:21-cv-00693-JHC<br><br>ORDER |
| DEBORAH FRAME-WILSON, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 2:20-cv-00424-JHC |
| CHRISTOPHER BROWN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 2:22-cv-00965-JHC |

ORDER - 1

These matters come before the Court on Plaintiffs' Motions to Compel Production of Documents from Amazon's Privilege Logs and For Appointment of a Special Master. Case No. 21-693, Dkt. # 189; Case No. 20-424, Dkt. # 186; Case No. 22-965, Dkt. # 89. Given counsel's recent emails to the Courtroom Deputy, Ashleigh Drecktrah, the Court ORDERS as follows:

On December 13, 2024, at 9:30 a.m., at a conference room at the United States Courthouse, counsel for the parties shall meet and confer to resolve the Motions. Counsel shall contact the Courtroom Deputy via email, at ashleigh_drecktrah@wawd.uscourts.gov, for the location of the conference room. If the parties are unable to resolve the Motions by 10:30 a.m. that day, then the Court will proceed with oral argument on the Motions. Oral argument will take place in courtroom 14106. Each side may submit a supplemental brief (one brief for all three cases), not to exceed 2,100 words, by December 9, 2024. Each side may submit a proposed order with the supplemental briefing.

Counsel shall immediately notify the Court if the Motion is resolved prior to the hearing scheduled above.

Dated this 22nd of November, 2024.

John H. Chun
United States District Judge

ORDER - 2