1
2
3
4
5      UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
                AT SEATTLE
6
7  ELIZABETH DE COSTER, *et al.*, on behalf of     No. 2:21-cv-00693-JHC
   themselves and all other similarly situated,
8                                                  STIPULATED MOTION AND
                Plaintiffs,                        ORDER REGARDING SEALING
9                                                  OF SUPPLEMENTAL MOTION TO
       v.                                          COMPEL BRIEFING
10 AMAZON.COM, INC., a Delaware corporation,
11              Defendant.
12
   DEBORAH FRAME-WILSON, *et al.*, on behalf       No. 2:20-cv-00424-JHC
13 of themselves and all other similarly situated,
14              Plaintiffs,
15     v.
16 AMAZON.COM, INC., a Delaware corporation,
17              Defendant.
18                                                 No. 2:22-cv-00965-JHC
19 CHRISTOPHER BROWN, *et al.*, on behalf of
   themselves and all others similarly situated,
20
                Plaintiffs,
21
       v.
22
23 AMAZON.COM, INC., a Delaware corporation,
24              Defendant.
25
26
27

STIP. MOT. & ORDER
RE SEALING OF SUPP. MTN. TO COMPEL BRIEFING
(NO. 2:21-CV-00693-JHC; NO. 2:20-CV-00424-JHC; NO. 2:22-CV-00965-JHC)

The Parties have met and conferred with respect to the upcoming supplemental briefing on Plaintiffs' Motion to Compel, and anticipate that their briefs, declarations, and exhibits will quote from and/or describe in detail a significant amount of information that has been designated as Confidential or Highly Confidential-Attorneys' Eyes Only by Amazon. Accordingly, in order to ensure that such materials are treated appropriately under the applicable protective order, and to reduce burdens on the Court, the Parties, pursuant to LCR 7(d)(1) and 10(g), and their respective counsel, hereby stipulate and agree to the following procedure for filing and sealing in connection with the supplemental motion to compel briefing, subject to the Court's approval.

1. Pursuant to LCR 5(g)(2), each Party will provisionally file under seal its supplemental brief, declarations, exhibits, and all other evidence and declarations on which that Party relies (collectively, "Supplemental Papers") which contain material designated Confidential or Highly Confidential-Attorneys' Eyes Only by Amazon.

2. Within two weeks of the filing of the Parties' Supplemental Papers, pursuant to LCR 5(g), the Parties will meet and confer and, as appropriate, file (1) public versions of their Supplemental Papers, with necessary redactions, and (2) corresponding motion(s) to seal pursuant to LCR 5(g)(3). The Party seeking to maintain material under seal (or under redaction) shall be the movant for purposes of any such motion(s) to seal associated with the Parties' Supplemental Papers.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

|  |  |
|---|---|
| DATED December 9, 2024. | Respectfully submitted, |
|  | HAGENS BERMAN SOBOL SHAPIRO LLP |
|  | By: /s/ *Steve W. Berman* |
|  | Steve W. Berman (WSBA No. 12536) |
|  | By: /s/ *Barbara A. Mahoney* |
|  | Barbara A. Mahoney (WSBA No. 31845) |
|  | 1301 Second Avenue, Suite 2000 |
|  | Seattle, WA 98101 |
|  | Telephone: (206) 623-7292 |
|  | Facsimile: (206) 623-0594 |
|  | E-mail: steve@hbsslaw.com |
|  | barbaram@hbsslaw.com |

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: Jessica.Beringer@kellerpostman.com
E-mail: ajd@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

|   |   |
|---|---|
| 1 |  |
| 2 | DAVIS WRIGHT TREMAINE LLP |
| 3 | By: /s/ *John A. Goldmark* |
|   |     John A. Goldmark, WSBA #40980 |
|   | By: */s/ MaryAnn Almeida* |
|   |     MaryAnn Almeida, WSBA #49086 |

DAVIS WRIGHT TREMAINE LLP

By: /s/ *John A. Goldmark*
    John A. Goldmark, WSBA #40980
By: */s/ MaryAnn Almeida*
    MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email:  JohnGoldmark@dwt.com
Email:  MaryAnnAlmeida@dwt.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Kyle Smith (*pro hac vice*)
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Email:  kdunn@paulweiss.com
Email:  wisaacson@paulweiss.com
Email:  amauser@paulweiss.com
Email:  mgoodman@paulweiss.com
Email:  ksmith@paulweiss.com

*Attorneys for Defendant Amazon.com, Inc.*

1   IT IS SO ORDERED.

3   December 9, 2024                    *John H. Chun*
    Dated                               John H. Chun
4                                       United States District Judge

STIP. MOT. & ORDER
RE SEALING OF SUPP. MTN. TO COMPEL BRIEFING - 4
(NO. 2:21-CV-00693-JHC; NO. 2:20-CV-00424-JHC; NO. 2:22-CV-00965-JHC)