The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER BROWN, et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>　　　　　　Defendant. | No. 2:22-cv-00965-JHC<br><br>NOTICE OF WITHDRAWAL OF STPEHEN M. RUMMAGE<br><br>*Clerk's Action Required* |

**PLEASE TAKE NOTICE** that Stephen M. Rummage hereby withdraws as counsel of record for Defendant Amazon.Com, Inc. ("Defendant"), in the above-entitled action effective immediately. John A. Goldmark, MaryAnn T. Almeida, Karen L. Dunn, William A. Isaacson, Amy J. Mauser, Kyle Smith, Yotam Barkai, Mark Weiner, Martha L. Goodman, Meredith R. Dearborn and Robert D. Keeling will continue as counsel of record for Defendant in this action.

DATED this 15th day of January, 2025.

Davis Wright Tremaine LLP
*Withdrawing Attorney for Defendant Amazon.com, Inc.*

s/ *Stephen M. Rummage*
Stephen M. Rummage, WSBA #11168
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700
Email: steverummage@dwt.com

NOTICE OF WITHDRAWAL
(2:22-cv-00965-JHC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
(206) 622-3150 main · (206) 757-7700 fax

*Attorneys for Defendant Amazon.com, Inc.*

*s/ John A. Goldmark*
John A. Goldmark, WSBA #40980
*s/ MaryAnn T. Almeida*
MaryAnn T. Almeida, WSBA #49086
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
(206) 622-3150
Email: johngoldmark@dwt.com
Email: maryannalmeida@dwt.com

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Martha L. Goodman *(pro hac vice)*
Kyle Smith (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
2001 K Street, NW
Washington, D.C.  20006-1047
Telephone: (202) 223-7300
Email: kdunn@paulweiss.com
Email: wisaacson@paulweiss.com
Email: amauser@paulweiss.com
Email: mgoodman@paulweiss.com
Email: ksmith@paulweiss.com

Meredith R. Dearborn (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
mdearborn@paulweiss.com

Yotam Barkai (*pro hac vice*)
Mark A. Weiner *(pro hac vice)*
PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3000
Email: ybarkai@paulweiss.com
Email: mweiner@paulweiss.com

Robert D. Keeling *(pro hac vice)*
Redgrave LLP
601 Pennsylvania Avenue NW, Suite 900
Washington, DC 20004
Telephone: (202) 436-0260
Email: rkeeling@redgravellp.com

NOTICE OF WITHDRAWAL
(2:22-cv-00965-JHC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
(206) 622-3150 main · (206) 757-7700 fax