UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | NO. 2:22-CV-00965-JHC<br><br>STIPULATED MOTION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE |

STIPULATED MOTION AND ORDER
REGARDING CLASS CERTIFICATION BRIEFING
Case No. 2:22-cv-00965-JHC

**STIPULATION**

The parties, by and through their counsel, have agreed and stipulate as follows:

1. The parties agree that good cause justifies a 60-day extension of the Court's current class certification briefing schedule.

2. Amazon requests additional time between the deadline to file its opposition brief in this case and the July 23, 2025 deadline to complete class certification briefing in *Frame-Wilson*.

3. Plaintiffs agree to extend the deadlines by 60 days, provided that Amazon agrees to investigate the feasibility of creating and producing a crosswalk identifying the ASINs subject to MMAs, responsive to Plaintiffs' Requests for Production (RFPs) No. 17, served on November 30, 2023, and provide Plaintiffs an update by March 3, 2025. The parties' requested extension is necessary to allow for Amazon's data production and to provide Plaintiffs sufficient time to review and analyze it in preparing Plaintiffs' class certification brief. While Amazon determines the crosswalk's feasibility, the parties propose that the Court adopt the below deadline for Amazon's data update and extend the current class certification briefing deadlines as follows:

|  | **Current Deadline (Dkt. 78)** | **Proposed Deadline** |
|---|---|---|
| Amazon to update Plaintiffs on the feasibility of preparing the requested crosswalk |  | March 3, 2025 |
| Deadline for Plaintiffs to file Motion for Class Certification | April 16, 2025 | June 16, 2025 |
| Opposition to Motion to Certify Class | July 16, 2025 | September 15, 2025 |
| Reply in Support of Motion for Class Certification | September 16, 2025 | November 17, 2025 |
| Hearing on Motion for Class Certification | To be set by the Court after briefing completed | To be set by the Court after briefing completed |

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel of record, and the parties ask the Court to order, that:

STIPULATED MOTION AND ORDER
REGARDING CLASS CERTIFICATION BRIEFING - 1
Case No. 2:22-cv-00965-JHC

1.    Amazon shall provide Plaintiffs an update on the feasibility of preparing the requested crosswalk by March 3, 2025.

2.    The deadline for Plaintiffs to file their class certification motion is extended to June 16, 2025.

3.    The deadline for Amazon to respond to Plaintiffs' motion is September 15, 2025.

4.    The deadline for Plaintiffs' reply brief is November 17, 2025.

IT IS SO STIPULATED.

Dated: February 11, 2025    HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Steve W. Berman*
    Steve W. Berman (WSBA No. 12536)
By: /s/ *Barbara A. Mahoney*
    Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
    barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER ROHRBACK L.L.P.
Derek W. Loeser (WSBA No. 24274)
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
E-mail: dloeser@kellerrohrback.com

KELLER POSTMAN LLC
Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

|   |   |
|---|---|
| 1 | Warren D. Postman (*pro hac vice*) |
| 2 | Albert Y. Pak (*pro hac vice*) |
|   | Roseann Romano (*pro hac vice*) |
| 3 | 1101 Connecticut Ave., N.W, Suite 1100 |
|   | Washington DC 20036 |
| 4 | Telephone: (202) 918-1123 |
|   | E-mail:  wdp@kellerpostman.com |
| 5 | albert.pak@kellerpostman.com |
| 6 | roseann.romano@kellerpostman.com |

Jessica Beringer (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
Telephone: (312) 741-5220
E-mail:  jessica.beringer@kellerpostman.com
        alex.dravillas@kellerpostman.com
        shane.kelly@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

DAVIS WRIGHT TREMAINE LLP

By: /s/ *John A. Goldmark*
    John A. Goldmark, WSBA # 40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
E-mail:  JohnGoldmark@dwt.com
        MaryAnnAlmeida@dwt.com

STIPULATED MOTION AND ORDER
REGARDING CLASS CERTIFICATION BRIEFING - 3
Case No. 2:22-cv-00965-JHC

|   |   |
|---|---|
| 1 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 | Karen L. Dunn (*pro hac vice*) |
| 3 | William A. Isaacson (*pro hac vice*) |
|   | Amy J. Mauser (*pro hac vice*) |
| 4 | Martha L. Goodman (*pro hac vice*) |
|   | Kyle Smith (*pro hac vice*) |
| 5 | 2001 K Street, NW |
| 6 | Washington, D.C. 20006-1047 |
|   | Telephone: (202) 223-7300 |
| 7 | E-mail:  kdunn@paulweiss.com |
|   |         wisaacson@paulweiss.com |
| 8 |         amauser@paulweiss.com |
|   |         mgoodman@paulweiss.com |
| 9 |         ksmith@paulweiss.com |

*Attorneys for Defendant Amazon.com, Inc.*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: February 11, 2025.

                                              John H. Chun
                                              UNITED STATES DISTRICT JUDGE