1
2
3
4
5
6
7           UNITED STATES DISTRICT COURT
8           WESTERN DISTRICT OF WASHINGTON
                      AT SEATTLE
9

10  CHRISTOPHER BROWN, *et al.*,           Case No. 2:22-cv-00965-JHC
11                      Plaintiffs,
12      v.                                 STIPULATED MOTION AND ORDER
                                           REGARDING CLASS CERTIFICATION
13  AMAZON.COM, INC., a Delaware           BRIEFING SCHEDULE
14  corporation,
15                      Defendant.
16
17
18
19
20
21
22
23
24
25
26
27
28

# STIPULATION

The parties, by and through their counsel, have agreed and stipulate as follows:

1. The parties agree that good cause justifies a 90-day extension of the Court's current class certification briefing schedule.

2. The parties are still engaged in data production negotiations, and therefore request a 90-day extension to resolve any outstanding data production issues. Accordingly, the parties propose that the Court extend the current class certification briefing deadlines as follows:

| Applicable Filing | Current Deadline (ECF No. 155) | Proposed Deadline |
|---|---|---|
| Plaintiffs' Motion for Class Certification | June 16, 2025 | September 15, 2025 |
| Amazon's Opposition to Plaintiffs' Motion for Class Certification | September 15, 2025 | December 15, 2025 |
| Plaintiffs' Reply ISO Class Certification | November 17, 2025 | February 16, 2026 |
| Hearing on Motion for Class Certification | To be set by the Court after briefing completed | To be set by the Court after briefing completed |

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel of record, and the parties ask the Court to order, that:

1. The deadline for Plaintiffs to file their class certification motion is extended to September 15, 2025.

2. The deadline for Amazon to respond to Plaintiffs' motion is December 15, 2025.

3. The deadline for Plaintiffs' reply brief is February 16, 2026.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: May 7, 2025 | HAGENS BERMAN SOBOL SHAPIRO LLP |

By /s/ *Steve W. Berman*
   Steve W. Berman (WSBA No. 12536)
By /s/ *Barbara A. Mahoney*
   Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
       barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: jessica.beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com
Email: ajd@kellerpostman.com

Roseann Romano (*pro hac vice*)
1101 Connecticut Avenue, N.W., Suite 1100
Washington, DC 20036
Telephone: (202) 983-5484
E-mail: roseann.romano@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ *Alicia Cobb*
   Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

DAVIS WRIGHT TREMAINE LLP

By /s/ *John A. Goldmark*
   John A. Goldmark, WSBA # 40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: johngoldmark@dwt.com
Email: maryannalmeida@dwt.com

STIPULATED MOTION AND
ORDER REGARDING CLASS CERT. BRIEFING - 3
Case No. 2:22-cv-00965-JHC

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
E-mail: kdunn@paulweiss.com
E-mail: wisaacson@paulweiss.com
E-mail: amauser@paulweiss.com
E-mail: ksmith@paulweiss.com

Meredith Dearborn (*pro hac vice*)
535 Mission St., 24th Floor
San Francisco, CA 94105-6064
Telephone: (628) 432-5100
E-mail: mdearborn@paulweiss.com

Yotam Barkai (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
E-mail: ybarkai@paulweiss.com

*Attorneys for Amazon.com, Inc.*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: May 7, 2025.

John H. Chun
UNITED STATES DISTRICT JUDGE