1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6
7
8

| | |
|---|---|
| CHRISTOPHER BROWN, *et al.*,<br><br>                           Plaintiffs,<br><br>  v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>                           Defendant. | Case No. 2:22-cv-00965-JHC<br><br>STIPULATED MOTION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE |

STIPULATED MOTION AND
ORDER REGARDING CLASS CERT. BRIEFING
Case No. 2:22-cv-00965-JHC
010888-11/3220411 V1

# STIPULATION

The parties, by and through their counsel, have agreed and stipulated as follows:

1. The parties agree that good cause justifies a 70-day extension of the Court's current class certification briefing schedule. The parties also agreed that Amazon should have an additional extension due to the holidays.

2. Due to proposed adjustments in the related *Frame-Wilson* schedule, the parties request an extension in this action to avoid overlapping deadlines. The parties therefore propose that the Court extend the current class certification briefing deadlines as follows:

| Applicable Filing | Current Deadline (ECF No. 187) | Proposed Deadline |
|---|---|---|
| Plaintiffs' Motion for Class Certification | September 15, 2025 | November 24, 2025 |
| Amazon's Opposition to Plaintiffs' Motion for Class Certification; Amazon's *Daubert* Motion(s) | December 15, 2025 | March 9, 2026 |
| Plaintiffs' Reply ISO Class Certification; Plaintiffs' *Daubert* Motion(s); Plaintiffs' Response in Opposition to Amazon's *Daubert* Motion(s) | February 16, 2026 | May 9, 2026 |
| Amazon's Reply ISO Amazon's *Daubert* Motion(s); Amazon's Response(s) in Opposition to Plaintiffs' *Daubert* Motion(s) | | July 17, 2026 |
| Plaintiffs' Reply(ies) ISO Plaintiffs' *Daubert* Motion(s) | | September 15, 2026 |
| Hearing on Motion for Class Certification | To be set by the Court after briefing completed | To be set by the Court after briefing completed |

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel of record, and the parties ask the Court to order, that:

1. The deadline for Plaintiffs to file their class certification motion is extended to November 24, 2025.

STIPULATED MOTION AND
ORDER REGARDING CLASS CERT. BRIEFING - 1
Case No. 2:22-cv-00965-JHC

2. The deadline for Amazon to respond to Plaintiffs' motion, and file any *Daubert* motions, is March 9, 2026.

3. The deadline for Plaintiffs' reply brief, and any *Daubert* motions and oppositions, is May 9, 2026.

4. The deadline for Amazon's *Daubert* reply briefs and oppositions is July 17, 2026.

5. The deadline for Plaintiffs' *Daubert* reply briefs is September 15, 2026.

IT IS SO STIPULATED.

DATED: July 3, 2025               HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ *Steve W. Berman*
   Steve W. Berman (WSBA No. 12536)
By /s/ *Barbara A. Mahoney*
   Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
        barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: jessica.beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com

STIPULATED MOTION AND
ORDER REGARDING CLASS CERT. BRIEFING - 2
Case No. 2:22-cv-00965-JHC

1  Email: ajd@kellerpostman.com

2  Roseann Romano (*pro hac vice*)
3  1101 Connecticut Avenue, N.W., Suite 1100
   Washington, DC 20036
4  Telephone: (202) 983-5484
   E-mail: roseann.romano@kellerpostman.com
5
6  *Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

7  QUINN EMANUEL URQUHART &
8  SULLIVAN, LLP

9  By /s/ *Alicia Cobb*
       Alicia Cobb, WSBA # 48685
10 1109 First Avenue, Suite 210
   Seattle, WA 98101
11 Telephone: (206) 905-7000
12 Email: aliciacobb@quinnemanuel.com

13 Steig D. Olson (*pro hac vice*)
   David D. LeRay (*pro hac vice*)
14 Nic V. Siebert (*pro hac vice*)
15 Maxwell P. Deabler-Meadows (*pro hac vice*)
   295 Fifth Ave.
16 New York, NY 10016
   Telephone: (212) 849-7000
17 Email: steigolson@quinnemanuel.com
   Email: davidleray@quinnemanuel.com
18 Email: nicolassiebert@quinnemanuel.com
19 Email: maxmeadows@quinnemanuel.com

20 Adam B. Wolfson (*pro hac vice*)
   865 South Figueroa Street, 10th Floor
21 Los Angeles, CA 90017-2543
   Telephone: (213) 443-3000
22 Email: adamwolfson@quinnemanuel.com

23
   *Interim Executive Committee for Plaintiffs and the proposed Class*
24

25

26

27

28

STIPULATED MOTION AND
ORDER REGARDING CLASS CERT. BRIEFING - 3
Case No. 2:22-cv-00965-JHC

DAVIS WRIGHT TREMAINE LLP

By /s/ *John A. Goldmark*
    John A. Goldmark, WSBA # 40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email:  johngoldmark@dwt.com
Email:  maryannalmeida@dwt.com

DUNN ISAACSON RHEE LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
E-mail: kdunn@dirllp.com
E-mail: wisaacson@dirllp.com
E-mail:  amauser@dirllp.com
E-mail: ksmith@dirllp.com

Meredith Dearborn (*pro hac vice*)
345 California Street
Suite 600
San Francisco, CA  94104-2671
Telephone:  (202) 240-2900
E-mail: mdearborn@dirllp.com

*Attorneys for Amazon.com, Inc.*

STIPULATED MOTION AND
ORDER REGARDING CLASS CERT. BRIEFING - 4
Case No. 2:22-cv-00965-JHC

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: July 3, 2025

_John H. Chun_
John H. Chun
UNITED STATES DISTRICT JUDGE