1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH FRAME-WILSON, *et al.*, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:20-cv-00424-JHC<br><br>STIPULATED MOTION AND ORDER REGARDING PUBLIC FILING OF PLAINTIFFS' MOTION FOR AN ORDER REGARDING PROTECTIVE ORDER STANDARDS APPLICABLE TO CLAW BACKS IN PLAINTIFFS' CASES |
| ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-00693-JHC |
| CHRISTOPHER BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:22-cv-00965-JHC |

1    The Parties have met and conferred with respect to Plaintiffs' Motion for an Order

2  Regarding Protective Order Standards Applicable to Claw Backs in Plaintiffs' Cases, pursuant to

3  the applicable June 3, 2025 Orders Regarding Sealing (*Frame-Wilson* ECF 319; *De Coster*

4  ECF 351; *Brown* ECF 193), and determined that Plaintiffs' and Amazon's briefs, declarations,

5  and exhibits associated with that Motion do not require redactions or sealing.  Accordingly, the

6  Parties, pursuant to LCR 7(d)(1) and 10(g), and their respective counsel, hereby stipulate and

7  agree that the docket entries identified in the table below need not remain under seal, and request

8  an order instructing the Docket Clerk to make all of the following docket entries publicly

9  available:

10

| Filing | Date | *Frame-Wilson* ECF Nos. | *De Coster* ECF Nos. | *Brown* ECF Nos. |
|---|---|---|---|---|
| Plaintiffs' Motion, Beringer Declaration, and Exhibits 1-16 | 6/3/2025 | 320; 321 (including exhibits) | 352; 353 (including exhibits) | 194; 195 (including exhibits) |
| Amazon's Response Brief, Keeling Declaration, and Exhibits A-B | 6/18/2025 | 328; 329 (including exhibits) | 359; 360 (including exhibits) | 198; 199 (including exhibits) |
| Plaintiffs' Reply Brief, Beringer Declaration, and Praecipe | 6/24/2025 | 330; 331; 332 | 361; 362; 363 | 200; 201; 202 |

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED July 7, 2025.     Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Steve W. Berman*
        Steve W. Berman (WSBA No. 12536)
By: /s/ *Barbara A. Mahoney*
        Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
            barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: Jessica.Beringer@kellerpostman.com
E-mail: ajd@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: /s/ *Alicia Cobb*
    Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
295 Fifth Ave.
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com
Email: ellemahdavi@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the
proposed Class*

DAVIS WRIGHT TREMAINE LLP

By    /s/ *John A. Goldmark*
    John A. Goldmark, WSBA # 40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: johngoldmark@dwt.com
Email: maryannalmeida@dwt.com

DUNN ISAACSON RHEE LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
E-mail: kdunn@dirllp.com
E-mail: wisaacson@dirllp.com
E-mail:  amauser@dirllp.com
E-mail: ksmith@dirllp.com

Meredith Dearborn (*pro hac vice*)
345 California Street
Suite 600
San Francisco, CA  94104-2671
Telephone:  (202) 240-2900
E-mail: mdearborn@dirllp.com

*Attorneys for Amazon.com, Inc.*

1   IT IS SO ORDERED.  The Docket Clerk is directed to make the docket entries identified in the
    table above publicly available.

2

3

    July 8, 2025

4   Dated                                               John H. Chun
                                                        United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIP. MOT. & ORDER RE PUBLIC FILING OF
MTN. REGARDING APPLICABLE PROTECTIVE ORDER STANDARDS- 5
 (2:20-CV-00424-JHC; NO. 2:21-CV-00693-JHC; NO. NO. 2:22-CV-00965-JHC)