UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:21-cv-00693-JHC<br><br>**ORDER GRANTING AMAZON.COM, INC.'S UNOPPOSED MOTION TO SEAL** |
| DEBORAH FRAME-WILSON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:20-cv-00424-JHC |
| CHRISTOPHER BROWN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:22-cv-00965-JHC |

ORDER GRANTING MOTION TO SEAL
(2:21-cv-00693-JHC; 2:20-cv-00424-JHC; 2:22-cv-00965-JHC)

This matter comes before the Court on Amazon's Unopposed Motion to Seal Materials Filed in Connection with Plaintiffs' Motion to Compel Amazon to Produce Documents and Information Responsive to Plaintiffs' Seventh Set of Requests for Production and Fourth Set of Interrogatories.  The Court, having considered the Unopposed Motion and all other papers submitted, and for good cause shown, GRANTS the Motion and, in accordance with the chart in Exhibit A to the Dearborn Declaration, ORDERS that the seal remain permanently for the documents so identified.  The Court further ORDERS that the redacted versions of the briefs in Exhibits B and D and the unredacted version of the brief in Exhibit C to the Dearborn Declaration be filed in the public record as identified.

IT IS SO ORDERED this 11th day of August, 2025.

*John H. Chun*

John H. Chun
UNITED STATES DISTRICT JUDGE