UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:21-cv-00693-JHC<br><br>**ORDER GRANTING AMAZON.COM, INC.'S UNOPPOSED MOTION TO SEAL SPECIAL MASTER'S ORDERS** |
| DEBORAH FRAME-WILSON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:20-cv-00424-JHC |
| CHRISTOPHER BROWN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:22-cv-00965-JHC |

ORDER GRANTING MOTION TO SEAL
(2:21-cv-00693-JHC; 2:20-cv-00424-JHC; 2:22-cv-00965-JHC)

1    This matter comes before the Court on Amazon's Unopposed Motion to Seal Special
2  Master's Orders. The Court, having considered the Unopposed Motion and all other papers
3  submitted, and for good cause shown, GRANTS the Motion and ORDERS that the redacted
4  versions of Special Master's Orders in Exhibits 2 and 4–11 and the unredacted versions of the
5  Special Master's Orders in Exhibits 1 and 3 be filed in the public record as identified.
6    IT IS SO ORDERED this 6th day of October, 2025.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO SEAL
(2:21-cv-00693-JHC; 2:20-cv-00424-JHC; 2:22-cv-00965-JHC) - 1