**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| CHRISTOPHER BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendants. | Case No. 2:22-cv-00965-JHC<br><br>**STIPULATED MOTION AND ORDER REGARDING EXTENSION OF WORD LIMIT FOR CLASS CERTIFICATION BRIEFING**<br><br>NOTE ON MOTION CALENDAR:<br>October 24, 2025 |

STIPULATED MOTION AND ORDER RE EXTENSION
OF WORD LIMIT FOR CLASS CERTIFICATION BRIEFING -
Case No. 2:22-cv-00965-JHC

## STIPULATION

The parties, by and through their counsel, have agreed and stipulated as follows:

1. The parties agree that good cause justifies an extension of the word limit on the parties' class certification briefing. Antitrust cases are by nature complex, and Plaintiffs' proposed consumer class action on behalf of Amazon customers presents a substantial putative class and raises intricate factual, economic, and legal issues warranting additional briefing space. Courts commonly allow extended briefing in complex litigation, and the parties agree that such an extension is appropriate to allow them to fully address the Court's rigorous analysis of class certification requirements.

2. The parties therefore propose the following modification of the Court's word limit:

| BRIEF | CURRENT WORD LIMIT (LCR 7(e)(3)) | PROPOSED WORD LIMIT |
|---|---|---|
| Plaintiffs' Motion for Class Certification | 8,400 | 14,500 |
| Amazon's Opposition to Motion to Certify Class | 8,400 | 14,500 |
| Plaintiffs' Reply in Support of Motion to Certify Class | 4,200 | 7,250 |

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel of record, and the parties ask the Court to order, that:

1. Plaintiffs may file a class certification motion not to exceed 14,500 words.
2. Amazon may file an opposition not to exceed 14,500 words.
3. Plaintiffs may file a reply brief not to exceed 7,250 words.

IT IS SO STIPULATED.

STIPULATED MOTION AND ORDER RE EXTENSION
OF WORD LIMIT FOR CLASS CERTIFICATION BRIEFING - 1
Case No. 2:22-cv-00965-JHC

DATED this 24th day of October, 2025

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ *Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
By /s/ *Barbara A. Mahoney*
Barbara A. Mahoney (WSBA No. 31845)
By /s/ *Kelly Fan*
Kelly Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: barbaram@hbsslaw.com
E-mail: kellyf@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com


KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, IL 60606
Telephone: (312) 741-5220
E-mail: Jessica.Beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com
E-mail: ajd@kellerpostman.com

STIPULATED MOTION AND ORDER RE EXTENSION
OF WORD LIMIT FOR CLASS CERTIFICATION BRIEFING - 2
Case No. 2:22-cv-00965-JHC

Roseann R. Romano (*pro hac vice*)
1101 Connecticut Avenue, N.W., Suite 1100
Washington, D.C. 20036
Telephone: (202) 918-1123
E-mail: Roseann.Romano@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the Proposed Class*

DAVIS WRIGHT TREMAINE LLP

By: /s/ *John A. Goldmark*
John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 757-8136
Facsimile: (206) 757-7136
Email: JohnGoldmark@dwt.com
Email: MaryAnnAlmeida@dwt.com

STIPULATED MOTION AND ORDER RE EXTENSION
OF WORD LIMIT FOR CLASS CERTIFICATION BRIEFING - 3
Case No. 2:22-cv-00965-JHC

1
2
3
4
5
6
7
8

DUNN ISAACSON RHEE LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street, NW
Washington, D.C. 20004-2637
Telephone: (202) 240-2900
E-mail: kdunn@dirllp.com
E-mail: wisaacson@dirllp.com
E-mail:  amauser@dirllp.com
E-mail: ksmith@dirllp.com

9
10
11

Meredith Dearborn (*pro hac vice*)
345 California Street, Suite 600
San Francisco, CA  94104-2671
Telephone: (202) 240-2900
E-mail: mdearborn@dirllp.com

*Attorneys for Defendant Amazon.com, Inc.*

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED MOTION AND ORDER RE EXTENSION
OF WORD LIMIT FOR CLASS CERTIFICATION BRIEFING - 4
Case No. 2:22-cv-00965-JHC

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

October 27, 2025                          *John H. Chun*
Dated                                     John H. Chun
                                          United States District Judge

STIPULATED MOTION AND ORDER RE EXTENSION
OF WORD LIMIT FOR CLASS CERTIFICATION BRIEFING - 5
Case No. 2:22-cv-00965-JHC