UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER BROWN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a Delaware corporation, <br><br> Defendant. | Case No. 2:22-cv-00965-JHC <br><br> **STIPULATED MOTION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE** <br><br> **NOTE ON MOTION CALENDAR: October 28, 2025** |

STIPULATED MOTION AND
ORDER REGARDING CLASS CERT. BRIEFING
Case No. 2:22-cv-00965-JHC

**WHEREAS**, the Parties previously sought and the Court ordered an extension of the class certification briefing schedule due to the parties' data negotiations (Dkt. No. 187);

**WHEREAS**, Plaintiffs' class certification motion is due to be filed on November 24, 2025 (Dkt. No. 215);

**WHEREAS**, on October 20, 2025, Amazon reproduced to Plaintiffs data that it produced to the California Attorney General relevant to Plaintiffs' class certification motion;

**WHEREAS**, the parties agree that good cause exists to grant a 25-day extension of Plaintiffs' deadline to file their class certification motion to allow Plaintiffs sufficient time to review the recently produced data;

**WHEREAS**, the parties propose that the Court extend the current class certification briefing deadlines, and Amazon's deadline for deposing the named Plaintiffs, as follows:

| Applicable Filing | Current Deadline (ECF No. 215) | Proposed Deadline |
|---|---|---|
| Plaintiffs' Motion for Class Certification | November 24, 2025 | December 19, 2025 |
| Amazon's Deadline for Deposing the Named Plaintiffs | December 15, 2025[1] | February 27, 2026 |
| Amazon's Opposition to Plaintiffs' Motion for Class Certification; Amazon's *Daubert* Motion(s) | March 9, 2026 | April 3, 2026 |
| Plaintiffs' Reply ISO Class Certification; Plaintiffs' *Daubert* Motion(s); Plaintiffs' Response in Opposition to Amazon's *Daubert* Motion(s) | May 9, 2026 | June 3, 2026 |
| Amazon's Reply ISO Amazon's *Daubert* Motion(s); Amazon's Response(s) in Opposition to Plaintiffs' *Daubert* Motion(s) | July 17, 2026 | August 11, 2026 |

---

[1] The deadline for deposing the named Plaintiffs was previously set by agreement of the parties.

STIPULATED MOTION AND
ORDER REGARDING CLASS CERT. BRIEFING - 1
Case No. 2:22-cv-00965-JHC

| Plaintiffs' Reply(ies) ISO Plaintiffs' *Daubert* Motion(s) | September 15, 2026 | October 12, 2026 |
|---|---|---|
| Hearing on Motion for Class Certification | To be set by the Court after briefing completed | To be set by the Court after briefing completed |

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel of record, and the parties ask the Court to order, that:

1. The deadline for Plaintiffs to file their class certification motion is extended to December 19, 2025.

2. The deadline for Amazon to respond to Plaintiffs' motion, and file any *Daubert* motions, is April 3, 2026.

3. The deadline for Plaintiffs' reply brief, and any *Daubert* motions and oppositions, is June 3, 2026.

4. The deadline for Amazon's *Daubert* reply briefs and oppositions is August 11, 2026.

5. The deadline for Plaintiffs' *Daubert* reply briefs is October 12, 2026.

IT IS SO STIPULATED.

DATED: October 28, 2025         HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ *Steve W. Berman*
   Steve W. Berman (WSBA No. 12536)
By /s/ *Barbara A. Mahoney*
   Barbara A. Mahoney (WSBA No. 31845)
By /s/ *Kelly Fan*
Kelly Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
      barbaram@hbsslaw.com
      kellyf@hbsslaw.com

STIPULATED MOTION AND
ORDER REGARDING CLASS CERT. BRIEFING - 2
Case No. 2:22-cv-00965-JHC

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (512) 690-0990
E-mail: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: jessica.beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com
Email: ajd@kellerpostman.com

Roseann Romano (*pro hac vice*)
1101 Connecticut Avenue, N.W., Suite 1100
Washington, DC 20036
Telephone: (202) 983-5484
E-mail: roseann.romano@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
295 Fifth Ave.
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com

STIPULATED MOTION AND
ORDER REGARDING CLASS CERT. BRIEFING - 3
Case No. 2:22-cv-00965-JHC

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

DAVIS WRIGHT TREMAINE LLP

By /s/ John A. Goldmark
  John A. Goldmark, WSBA # 40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email:  johngoldmark@dwt.com
Email:  maryannalmeida@dwt.com

DUNN ISAACSON RHEE LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
E-mail: kdunn@dirllp.com
E-mail: wisaacson@dirllp.com
E-mail:  amauser@dirllp.com
E-mail: ksmith@dirllp.com

Meredith Dearborn (*pro hac vice*)
345 California Street
Suite 600
San Francisco, CA  94104-2671
Telephone:  (202) 240-2900
E-mail: mdearborn@dirllp.com

*Attorneys for Amazon.com, Inc.*

STIPULATED MOTION AND
ORDER REGARDING CLASS CERT. BRIEFING - 4
Case No. 2:22-cv-00965-JHC

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October 28, 2025.

*John H. Chun*
John H. Chun
UNITED STATES DISTRICT JUDGE