1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER BROWN, *et al.*,<br><br>                          Plaintiffs,<br><br>     v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>                          Defendant. | Case No. 2:22-cv-00965-JHC<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO THE CLAIMS OF PLAINTIFF LETICIA SHAW, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)**<br><br>**NOTE ON MOTION CALENDAR:**<br>January 12, 2026 |

STIPULATED MOTION AND
ORDER OF DISMISSAL
Case No. 2:22-cv-00965-JHC

Plaintiff Leticia Shaw and Defendant Amazon.com, Inc., hereby stipulate to the dismissal of Plaintiff Leticia Shaw's claims against Amazon.com, Inc. in this action, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. While Plaintiff is withdrawing from this litigation as a named plaintiff, she retains her rights to any recovery in the above-captioned action as an absent class member, provided she is a member of the class. This dismissal does not impact the claims of any other Plaintiff.

IT IS SO STIPULATED.

DATED: January 12, 2026          HAGENS BERMAN SOBOL SHAPIRO LLP


By: */s/ Steve W. Berman*
     Steve W. Berman, WSBA #12536
By: */s/ Barbara A. Mahoney*
     Barbara A. Mahoney, WSBA #31845
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com
Email: barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 8
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

KELLER POSTMAN LLC

Jessica Beringer (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
Email: jessica.beringer@kellerpostman.com
Email: ajd@kellerpostman.com
Email: shane.kelly@kellerpostman.com

1
2

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

3
4
5
6
7
8
9

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
295 Fifth Ave.
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com

10
11
12

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

13

*Counsel for Plaintiffs and the proposed Class*

14

DAVIS WRIGHT TREMAINE LLP

15
16
17
18
19

By: */s/ John A. Goldmark*
   John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: johngoldmark@dwt.com
Email: maryannalmeida@dwt.com

20

DUNN ISAACSON RHEE LLP

21
22
23
24
25
26
27

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
Email: kdunn@dirllp.com
Email: wisaacson@dirllp.com
Email: amauser@dirllp.com
Email: ksmith@dirllp.com

28

STIPULATED MOTION AND
ORDER OF DISMISSAL - 2
Case No. 2:22-cv-00965-JHC

1

Meredith Dearborn (*pro hac vice*)
345 California Street, Suite 600

2

San Francisco, CA  94104-2671
Telephone: (202) 240-2900

3

Email: mdearborn@dirllp.com

4

*Attorneys for Amazon.com, Inc.*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION AND
ORDER OF DISMISSAL - 3
Case No. 2:22-cv-00965-JHC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: January 12, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND
ORDER OF DISMISSAL - 4
Case No. 2:22-cv-00965-JHC