UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., <br><br>  Defendant. | Case No. 2:21-cv-00693-JHC <br><br> **ORDER GRANTING AMAZON.COM, INC.'S UNOPPOSED MOTION TO SEAL PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |
| DEBORAH FRAME-WILSON, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., <br><br>  Defendant. | Case No. 2:20-cv-00424-JHC |
| CHRISTOPHER BROWN, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., <br><br>  Defendant. | Case No. 2:22-cv-00965-JHC |

ORDER GRANTING MOTION TO SEAL
(2:21-cv-00693-JHC; 2:20-cv-00424-JHC; 2:22-cv-00965-JHC)

This matter comes before the Court on Amazon's Unopposed Motion to Seal Plaintiffs' Motion for Attorneys' Fees (the "Motion").  The Court, having considered the Unopposed Motion and all other papers submitted, and for good cause shown, GRANTS the Motion and ORDERS that the redacted version of Plaintiff's Motion for Attorneys' Fees as reflected in Exhibit 1 be filed in the public record as identified.

IT IS SO ORDERED this 21st day of January, 2026.

*John H. Chun*
John H. Chun
UNITED STATES DISTRICT JUDGE