UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER BROWN, *et al.*,<br><br>                       Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>                       Defendant. | Case No. 2:22-cv-00965-JHC<br><br>**STIPULATED MOTION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>NOTE ON MOTION CALENDAR: March 9, 2026 |

1. Plaintiffs filed their motion for class certification on December 19, 2025, Dkt. 293, and by the previous schedule for briefing on this motion, Amazon's response is currently due on April 3, 2026, *see* Dkt. 277.

2. The parties agree that good cause exists to grant a 60-day extension of Amazon's deadline to file its opposition to Plaintiffs' class certification motion to allow time to fully and effectively brief the issues raised in Plaintiffs' motion.

3. The parties further agree that the total number of hours that any expert may be deposed in connection with class certification is seven hours.

4. The parties stipulate and agree, subject to the Court's approval, to a modification of the current class certification briefing deadlines as follows:

| Applicable Filing | Current Deadline (Dkt. 277) | Proposed Deadline |
|---|---|---|
| Amazon's Opposition to Plaintiffs' Motion for Class Certification; Amazon's *Daubert* Motion(s) | Friday, April 3, 2026 | Tuesday, June 2, 2026 |
| Plaintiffs' Reply ISO Class Certification; Plaintiffs' *Daubert* Motion(s); Plaintiffs' Response in Opposition to Amazon's *Daubert* Motion(s) | Wednesday, June 3, 2026 | Wednesday, September 30, 2026 |
| Amazon's *Daubert* Motion(s) following Reply expert reports, if any | N/A | Thursday, November 19, 2026 |
| Amazon's Reply ISO Amazon's *Daubert* Motion(s); Amazon's Response(s) in Opposition to Plaintiffs' *Daubert* Motion(s) | Tuesday, August 11, 2026 | Tuesday, December 8, 2026 |
| Plaintiffs' Response in Opposition to Amazon's *Daubert* Motion(s) following Reply expert reports, if any | N/A | Friday, January 8, 2027 |
| Plaintiffs' Reply ISO Plaintiffs' *Daubert* Motion(s) | Monday, October 12, 2026 | Monday, February 8, 2027 |
| Amazon's Reply ISO Amazon's *Daubert* Motion(s) following Reply expert reports, if any | N/A | Monday, February 8, 2027 |
| Hearing on Motion for Class Certification | To be set by the Court after briefing is completed | To be set by the Court after briefing is completed |

IT IS SO STIPULATED.

DATED this 9th day of March, 2026.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: s/ John A. Goldmark
    John A. Goldmark, WSBA #40980
    MaryAnn Almeida, WSBA #49086
    Emily Parsons, WSBA #57061
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone: (206) 622-3150
    Email: johngoldmark@dwt.com
    Email: maryannalmeida@dwt.com
    Email: emilyparsons@dwt.com

DUNN ISAACSON RHEE LLP

By: s/ Karen L. Dunn
    Karen L. Dunn (pro hac vice)
    William A. Isaacson (pro hac vice)
    Amy J. Mauser (pro hac vice)
    Kyle Smith (pro hac vice)
    401 Ninth Street, NW
    Washington, DC 20004-2637
    Telephone: (202) 240-2900
    Email: kdunn@dirllp.com
    Email: wisaacson@dirllp.com
    Email: amauser@dirllp.com
    Email: ksmith@dirllp.com

    Meredith Dearborn (pro hac vice)
    345 California Street
    Suite 600
    San Francisco, CA  94104-2671
    Telephone: (202) 240-2900
    Email: mdearborn@dirllp.com

    Yotam Barkai (pro hac vice)
    11 Park Place
    New York, NY 10007
    Email: ybarkai@dirllp.com

    *Attorneys for Amazon.com, Inc.*

STIPULATED MOTION AND
ORDER REGARDING CLASS CERT. BRIEFING - 2
Case No. 2:22-cv-00965-JHC

HAGENS BERMAN SOBOL SHAPIRO LLP

By: *s/ Steve W. Berman*
　　Steve W. Berman (WSBA No. 12536)

By: *s/ Barbara A. Mahoney*
　　Barbara A. Mahoney (WSBA No. 31845)

By: *s/ Kelly Fan*
　　Kelly Fan (WSBA No. 56703)
　　1301 Second Avenue, Suite 2000
　　Seattle, WA 98101
　　Telephone: (206) 623-7292
　　Email: steve@hbsslaw.com
　　Email: barbaram@hbsslaw.com
　　Email: kellyf@hbsslaw.com

　　Anne F. Johnson (*pro hac vice*)
　　594 Dean Street, Suite 24
　　Brooklyn, NY 11238
　　Telephone: (718) 916-3520
　　Email: annej@hbsslaw.com

KELLER POSTMAN LLC

　　Jessica Beringer (*pro hac vice*)
　　Shane Kelly (*pro hac vice*)
　　Alex Dravillas (*pro hac vice*)
　　150 North Riverside Plaza, Suite 4100
　　Chicago, Illinois 60606
　　Telephone: (312) 741-5220
　　Email: jessica.beringer@kellerpostman.com
　　Email: shane.kelly@kellerpostman.com
　　Email: ajd@kellerpostman.com

　　Roseann Romano (*pro hac vice*)
　　1101 Connecticut Avenue, N.W., Suite 1100
　　Washington, DC 20036
　　Telephone: (202) 983-5484
　　Email: roseann.romano@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the proposed Class*

STIPULATED MOTION AND
ORDER REGARDING CLASS CERT. BRIEFING - 3
Case No. 2:22-cv-00965-JHC

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: s/ Alicia Cobb
    Alicia Cobb, WSBA #48685
    Matthew Hosen, WSBA #54855
    1109 First Avenue, Suite 210
    Seattle, WA 98101
    Telephone: (206) 905-7000
    Email: aliciacobb@quinnemanuel.com
    matthosen@quinnemanuel.com

    Steig D. Olson (pro hac vice)
    David D. LeRay (pro hac vice)
    Nic V. Siebert (pro hac vice)
    Maxwell P. Deabler-Meadows
    (pro hac vice)
    295 Fifth Ave.
    New York, NY 10016
    Telephone: (212) 849-7000
    Email: steigolson@quinnemanuel.com
    Email: davidleray@quinnemanuel.com
    Email: nicolassiebert@quinnemanuel.com
    Email: maxmeadows@quinnemanuel.com

    Adam B. Wolfson (pro hac vice)
    865 South Figueroa Street, 10th Floor
    Los Angeles, CA 90017-2543
    Telephone: (213) 443-3000
    Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

STIPULATED MOTION AND
ORDER REGARDING CLASS CERT. BRIEFING - 4
Case No. 2:22-cv-00965-JHC

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The Court DIRECTS the Clerk to re-note Plaintiffs' Motion for Class Certification, Dkt. # 293, for February 8, 2027.

Dated: March 9, 2026.

_John H. Chun_
John H. Chun
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND
ORDER REGARDING CLASS CERT. BRIEFING - 5
Case No. 2:22-cv-00965-JHC