**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ELIZABETH DE COSTER, *et al*., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-00693-JHC<br><br>**STIPULATED MOTION AND ORDER ON DEPOSITION OF MICHAEL MOSSER**<br><br>**NOTE ON MOTION CALENDAR:**<br>March 10, 2026 |
| DEBORAH FRAME-WILSON, *et al*., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:20-cv-00424-JHC |
| CHRISTOPHER BROWN, *et al*., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:22-cv-00965-JHC |

STIPULATED MOTION AND ORDER ON DEPOSITION OF
MICHAEL MOSSER
Nos. 2:21-cv-00693-JHC; 2:20-cv-00424-JHC; 2:22-cv-00965-JHC

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed order set forth below regarding the deposition of Michael Mosser, Vice President of Categories, Walmart Marketplace.

In support of this request, the parties represent the following to the Court:

1.    On January 14, 2026, the parties deposed Michael Mosser, Vice President of Categories for Walmart Marketplace at Walmart, Inc.

2.    Due to an oversight, Mr. Mosser was not sworn in on the record. However, Mr. Mosser has confirmed that he testified truthfully in his deposition. *See* Ex. A (Mosser Declaration).

3.    The parties stipulate as follows, and jointly request that the Court enter the following Order approving this Stipulation: the testimony of Michael Mosser, Vice President of Categories, Walmart Marketplace, provided on January 14, 2026, at 3350 South Pinnacle Hills Pkwy, Suite 301, Rogers, Arkansas, shall be treated as if it was provided under oath in these cases.

IT IS SO STIPULATED.

DATED March 10, 2026            Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Steve W. Berman*
    Steve W. Berman (WSBA No. 12536)
By: /s/ *Barbara A. Mahoney*
    Barbara A. Mahoney (WSBA No. 31845)
By: /s/ *Kelly Fan*
    Kelly Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: barbaram@hbsslaw.com
E-mail: kellyf@hbsslaw.com

STIPULATED MOTION AND ORDER ON DEPOSITION OF
MICHAEL MOSSER - 1
Nos. 2:21-cv-00693-JHC; 2:20-cv-00424-JHC; 2:22-cv-00965-JHC

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 8
Brooklyn, NY 11238
Telephone: (718) 916-3520
E-mail: annej@hbsslaw.com

Jessica Beringer (*pro hac vice*)
Shane Kelly (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
E-mail: jessica.beringer@kellerpostman.com
E-mail: shane.kelly@kellerpostman.com
Email: ajd@kellerpostman.com

Roseann Romano (*pro hac vice*)
1101 Connecticut Avenue N.W., Suite 1100
Washington, DC 20036
Telephone: (202) 983-5484
E-mail: roseann.romano@kellerpostman.com

*Co-Lead Class Counsel for the De Coster Class and
Interim Co-Lead Counsel for Plaintiffs and the
proposed Classes in Frame-Wilson and Brown*

DAVIS WRIGHT TREMAINE LLP

/s/ *John A. Goldmark*
John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: (206) 757-8136
Fax: (206) 757-7136
Email: JohnGoldmark@dwt.com
Email: MaryAnnAlmeida@dwt.com

DUNN ISAACSON RHEE LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
Email: kdunn@dirllp.com
Email: wisaacson@dirllp.com
Email: amauser@dirllp.com
Email: ksmith@dirllp.com

STIPULATED MOTION AND ORDER ON DEPOSITION OF
MICHAEL MOSSER - 2
Nos. 2:21-cv-00693-JHC; 2:20-cv-00424-JHC; 2:22-cv-00965-JHC

Meredith Dearborn (*pro hac vice*)
345 California Street, Suite 600
San Francisco, CA  94104-2671
Telephone: (202) 240-2900
Email: mdearborn@dirllp.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND ORDER ON DEPOSITION OF
MICHAEL MOSSER - 3
Nos. 2:21-cv-00693-JHC; 2:20-cv-00424-JHC; 2:22-cv-00965-JHC

**ORDER**

IT IS SO ORDERED.

Dated: March 10, 2026.

_John H. Chun_

John H. Chun
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER ON DEPOSITION OF
MICHAEL MOSSER - 4
Nos. 2:21-cv-00693-JHC; 2:20-cv-00424-JHC; 2:22-cv-00965-JHC