UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER BROWN, *et al.*, | Case No. 2:22-cv-00965-JHC |
| Plaintiffs, | **STIPULATED MOTION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE** |
| v. | |
| AMAZON.COM, INC., a Delaware corporation, | NOTE ON MOTION CALENDAR: April 6, 2026 |
| Defendant. | |

STIPULATED MOTION AND
ORDER REGARDING CLASS CERT. BRIEFING
Case No. 2:22-cv-00965-JHC

1. Plaintiffs filed their motion for class certification on December 19, 2025, Dkt. 293, and by the previous schedule for briefing on this motion, Amazon's response is currently due on June 2, 2026, *see* Dkt. 313.

2. The parties have agreed to hold the deposition of Plaintiffs' expert, Dr. Amelia Fletcher, on May 21, 2026, which is close in time to Amazon's current June 2 deadline for its response. The parties agree that good cause exists for an additional 10-day extension of Amazon's deadline to file its opposition to Plaintiffs' class certification motion and to extend the remaining deadlines by 10 days.

3. The parties stipulate and agree, subject to the Court's approval, to a modification of the current class certification briefing deadlines as follows:

| Applicable Filing | Current Deadline (Dkt. 313) | Proposed Deadline |
|---|---|---|
| Amazon's Opposition to Plaintiffs' Motion for Class Certification; Amazon's *Daubert* Motion(s) | Tuesday, June 2, 2026 | Friday, June 12, 2026 |
| Plaintiffs' Reply ISO Class Certification; Plaintiffs' *Daubert* Motion(s); Plaintiffs' Response in Opposition to Amazon's *Daubert* Motion(s) | Wednesday, September 30, 2026 | Monday, October 12, 2026 |
| Amazon's *Daubert* Motion(s) following Reply expert reports, if any | Thursday, November 19, 2026 | Wednesday, December 2, 2026 |
| Amazon's Reply ISO Amazon's *Daubert* Motion(s); Amazon's Response(s) in Opposition to Plaintiffs' *Daubert* Motion(s) | Tuesday, December 8, 2026 | Friday, December 18, 2026 |
| Plaintiffs' Response in Opposition to Amazon's *Daubert* Motion(s) following Reply expert reports, if any | Friday, January 8, 2027 | Wednesday, January 20, 2027 |
| Plaintiffs' Reply ISO Plaintiffs' *Daubert* Motion(s) | Monday, February 8, 2027 | Thursday, February 18, 2027 |
| Amazon's Reply ISO Amazon's *Daubert* Motion(s) following Reply expert reports, if any | Monday, February 8, 2027 | Thursday, February 18, 2027 |
| Hearing on Motion for Class Certification | To be set by the Court after briefing is completed | To be set by the Court after briefing is completed |

STIPULATED MOTION AND
ORDER REGARDING CLASS CERT. BRIEFING - 1
Case No. 2:22-cv-00965-JHC

IT IS SO STIPULATED.

DATED this 6th day of April, 2026.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: *s/ John A. Goldmark*
    John A. Goldmark, WSBA #40980
    MaryAnn Almeida, WSBA #49086
    Emily Parsons, WSBA #57061
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone: (206) 622-3150
    Email: johngoldmark@dwt.com
    Email: maryannalmeida@dwt.com
    Email: emilyparsons@dwt.com

DUNN ISAACSON RHEE LLP

By: *s/ Karen L. Dunn*
    Karen L. Dunn (*pro hac vice*)
    William A. Isaacson (*pro hac vice*)
    Amy J. Mauser (*pro hac vice*)
    Kyle Smith (*pro hac vice*)
    Melissa F. Zappala (*pro hac vice*)
    401 Ninth Street, NW
    Washington, DC 20004-2637
    Telephone: (202) 240-2900
    Email: kdunn@dirllp.com
    Email: wisaacson@dirllp.com
    Email: amauser@dirllp.com
    Email: ksmith@dirllp.com
    Email: mzappala@dirllp.com

    Meredith Dearborn (*pro hac vice*)
    345 California Street
    Suite 600
    San Francisco, CA  94104-2671
    Telephone: (202) 240-2900
    Email: mdearborn@dirllp.com

    Yotam Barkai (*pro hac vice*)
    11 Park Place
    New York, NY 10007
    Email: ybarkai@dirllp.com

*Attorneys for Amazon.com, Inc.*


HAGENS BERMAN SOBOL SHAPIRO LLP

By: *s/ Steve W. Berman*
    Steve W. Berman (WSBA No. 12536)

By: *s/ Barbara A. Mahoney*
    Barbara A. Mahoney (WSBA No. 31845)

By: *s/ Kelly Fan*
    Kelly Fan (WSBA No. 56703)
    1301 Second Avenue, Suite 2000
    Seattle, WA 98101
    Telephone: (206) 623-7292
    Email: steve@hbsslaw.com
    Email: barbaram@hbsslaw.com
    Email: kellyf@hbsslaw.com

    Anne F. Johnson (*pro hac vice*)
    594 Dean Street, Suite 24
    Brooklyn, NY 11238
    Telephone: (718) 916-3520
    Email: annej@hbsslaw.com

KELLER POSTMAN LLC

    Jessica Beringer (*pro hac vice*)
    Shane Kelly (*pro hac vice*)
    Alex Dravillas (*pro hac vice*)
    150 North Riverside Plaza, Suite 4100
    Chicago, Illinois 60606
    Telephone: (312) 741-5220
    Email: jessica.beringer@kellerpostman.com
    Email: shane.kelly@kellerpostman.com
    Email: ajd@kellerpostman.com

    Roseann Romano (*pro hac vice*)
    1101 Connecticut Avenue, N.W., Suite 1100
    Washington, DC 20036
    Telephone: (202) 983-5484
    Email: roseann.romano@kellerpostman.com

*Interim Co-Lead Counsel for Plaintiffs and the
proposed Class*

STIPULATED MOTION AND
ORDER REGARDING CLASS CERT. BRIEFING - 3
Case No. 2:22-cv-00965-JHC

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: *s/ Alicia Cobb*
    Alicia Cobb, WSBA #48685
    Matthew Hosen, WSBA #54855
    1109 First Avenue, Suite 210
    Seattle, WA 98101
    Telephone: (206) 905-7000
    Email: aliciacobb@quinnemanuel.com
    matthosen@quinnemanuel.com

    Steig D. Olson *(pro hac vice)*
    David D. LeRay *(pro hac vice)*
    Nic V. Siebert *(pro hac vice)*
    Maxwell P. Deabler-Meadows
    *(pro hac vice)*
    295 Fifth Ave.
    New York, NY 10016
    Telephone: (212) 849-7000
    Email: steigolson@quinnemanuel.com
    Email: davidleray@quinnemanuel.com
    Email: nicolassiebert@quinnemanuel.com
    Email: maxmeadows@quinnemanuel.com

    Adam B. Wolfson (*pro hac vice*)
    865 South Figueroa Street, 10th Floor
    Los Angeles, CA 90017-2543
    Telephone: (213) 443-3000
    Email: adamwolfson@quinnemanuel.com

*Interim Executive Committee for Plaintiffs and the proposed Class*

STIPULATED MOTION AND
ORDER REGARDING CLASS CERT. BRIEFING - 4
Case No. 2:22-cv-00965-JHC

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The Court DIRECTS the Clerk to re-note Plaintiffs' Motion for Class Certification (Dkt. # 293) for February 18, 2027.

Dated: April 6, 2026

_____

John H. Chun
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND
ORDER REGARDING CLASS CERT. BRIEFING - 5
Case No. 2:22-cv-00965-JHC