UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DE COSTER, *et al.*, on behalf of themselves and all other similarly situated,<br>Plaintiffs,<br>v.<br>AMAZON.COM, INC., a Delaware corporation,<br>Defendant. | No. 2:21-cv-00693-JHC<br>**STIPULATED MOTION AND ORDER REGARDING SCHEDULES**<br>NOTE ON MOTION CALENDAR:<br>August 27, 2026 |
| CHRISTOPHER BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>v.<br>AMAZON.COM, INC., a Delaware corporation,<br>Defendant. | No. 2:22-cv-00965-JHC |

1. In the above-captioned coordinated cases, the Parties are preparing for depositions of Amazon's expert opposing Plaintiffs' class certification motion in *Brown* and the merits experts for both sides in *De Coster*.

2. The Parties have worked collaboratively to determine a workable plan, accommodating deadlines across cases and the schedules of counsel and the Parties' respective experts.

3. Given the number of depositions to occur in September and October under the Parties' agreed-upon schedule, the Parties have negotiated modest adjustments to certain briefing deadlines in these two cases and now move for the Court's approval for those modifications to the case schedules.

4. The Parties in the above-captioned actions, by and through their respective undersigned counsel, stipulate and agree to modify upcoming deadlines as follows, subject to the Court's approval:

| **Case Event** | **Current Deadline** | **Revised Deadline** |
|---|---|---|
| Plaintiffs' Reply ISO Class Certification; Plaintiffs' *Daubert* Motion(s); Plaintiffs' Response in Opposition to Amazon's *Daubert* Motion(s) in *Brown* | October 12, 2026 (*Brown* Dkt. 319) | November 5, 2026 |
| Amazon's *Daubert* Motions following Reply expert reports, if any, in *Brown* | December 2, 2026 (*Brown* Dkt. 319) | December 23, 2026 |
| Amazon's Reply ISO Amazon's *Daubert* Motion(s); Amazon's Response(s) in Opposition to Plaintiffs' *Daubert* Motion(s) in *Brown* | December 18, 2026 (*Brown* Dkt. 319) | January 15, 2027 |
| Plaintiffs' Response in Opposition to Amazon's *Daubert* Motion(s) following Reply expert reports, if any, in *Brown* | January 20, 2027 (*Brown* Dkt. 319) | February 10, 2027 |
| Plaintiffs' Reply ISO Plaintiffs' *Daubert* Motion(s) in *Brown* | February 18, 2027 (*Brown* Dkt. 319) | March 11, 2027 |
| Amazon's Reply ISO Amazon's *Daubert* Motion(s) following Reply expert reports, if any, in *Brown* | February 18, 2027 (*Brown* Dkt. 319) | March 11, 2027 |
| Expert depositions and close of expert discovery in *De Coster* | October 9, 2026 (*De Coster* Dkt. 505) | October 30, 2026 |
| Deadline to file summary judgment, *Daubert*, and decertification motions in | October 30, 2026 (*De Coster* Dkt. 505) | November 6, 2026 |

| | | |
|---|---|---|
| *De Coster*[1] | | |
| Opposition briefs to any summary judgment, *Daubert*, and decertification motions in *De Coster* | January 8, 2027 (*De Coster* Dkt. 505) | January 15, 2027 |
| Reply briefs in support of any summary judgment, *Daubert*, and decertification motions in *De Coster* | February 12, 2027 (*De Coster* Dkt. 505) | February 12, 2027 (unchanged) |

5. Good cause exists for the Court to extend the aforementioned deadlines to afford adequate time for the Parties to conduct necessary depositions and incorporate the resulting testimony into their filings. No other changes to the case schedules are required as a result of these revised deadlines.

IT IS SO STIPULATED AND AGREED.

DATED this 27th day of August, 2026.

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
Steve W. Berman, WSBA #12536
By: */s/ Barbara A. Mahoney*
Barbara A. Mahoney, WSBA #31845

1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com
Email: barbaram@hbsslaw.com

Anne F. Johnson (*pro hac vice*)
594 Dean Street, Suite 24
Brooklyn, NY 11238
Telephone: (718) 916-3520
Email: annej@hbsslaw.com

[1] The Parties have discussed and do not stipulate regarding a potential later date for Amazon to move for decertification in *De Coster*. Amazon reserves the right to seek relief from this deadline, should circumstances warrant it.

KELLER POSTMAN LLC

Zina G. Bash (*pro hac vice*)
111 Congress Avenue, Suite 500
Austin, TX, 78701
Telephone: (512) 690-0990
Email: zina.bash@kellerpostman.com

Jessica Beringer (*pro hac vice*)
Alex Dravillas (*pro hac vice*)
Shane Kelly (*pro hac vice*)
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
Email: jessica.beringer@kellerpostman.com
Email: ajd@kellerpostman.com
Email: shane.kelly@kellerpostman.com

*Co-Lead Class Counsel for the De Coster Class and Interim Co-Lead Counsel for Plaintiffs and the proposed Classes in Frame-Wilson and Brown*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Steig D. Olson (*pro hac vice*)
David D. LeRay (*pro hac vice*)
Nic V. Siebert (*pro hac vice*)
Maxwell P. Deabler-Meadows (*pro hac vice*)
Elle Mahdavi (*pro hac vice*)
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Email: steigolson@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: nicolassiebert@quinnemanuel.com
Email: maxmeadows@quinnemanuel.com
Email: ellemahdavi@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Email: adamwolfson@quinnemanuel.com

*Executive Counsel for the De Coster Class and Interim Executive Committee for Plaintiffs and the Proposed Classes in Frame-Wilson and Brown*

DUNN ISAACSON RHEE LLP

By: /s/ Karen L. Dunn
Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
Kyle Smith (*pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004-2637
Telephone: (202) 240-2900
Email: kdunn@dirllp.com
Email: wisaacson@dirllp.com
Email: amauser@dirllp.com
Email: ksmith@dirllp.com

Meredith Dearborn (*pro hac vice*)
345 California Street, Suite 600
San Francisco, CA 94104-2671
Telephone: (202) 240-2900
Email: mdearborn@dirllp.com

DAVIS WRIGHT TREMAINE LLP

By: /s/ John A. Goldmark
John A. Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: johngoldmark@dwt.com
Email: maryannalmeida@dwt.com

*Attorneys for Amazon.com, Inc.*

**ORDER**

IT IS SO ORDERED.

The Court DIRECTS the Clerk to re-note Plaintiffs' Motion for Class Certification (Dkt. # 293) in Case No. 2:22-cv-00965-JHC for March 11, 2027, and Defendant's Motion to Exclude Testimony of Dr. Amelia Fletcher (Dkt. # 327) to January 15, 2027.

DATED this 27th day of August, 2026.

John H. Chun
United States District Judge